PROB 12B
(4/19)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shirley Luz Guerrero                                 Cr.: 05-00627-001
                                                                       PACTS #: 42189

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM J. MARTINI
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/18/2006

Original Offense:   Controlled Substances – Import, 21 U.S.C. § 952, 21 U.S.C. § 960, and 18 U.S.C. § 2

Original Sentence: 10 months imprisonment (Time Served), 36 months supervised release

Special Conditions: DNA testing and Cooperate with Immigration Customs Enforcement.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/18/2006

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To dismiss without prejudice the violation petition filed on January 17, 2008 and rescind the warrant issued on January 22, 2008.

## CAUSE

On January 22, 2008, at our request, Your Honor issued a warrant for failure to report to the probation office within 72 hours of being released from custody. During a recent review of this case, we discovered the individual under supervision voluntarily left for Costa Rica on December 19, 2007 and has not re-entered the United States. We have confirmed this information with the Office of Immigration and Customs Enforcement.

Given that her original term of probation would have expired on January 17, 2009, we recommend that in the interest of justice, Your Honor dismiss the Violation Petition dated January 17, 2008 and rescind the warrant as well.

                                                      Respectfully submitted,

                                                      SUSAN M. SMALLEY, Chief
                                                      U.S. Probation Officer

                                                      *Elisa Martinez*

                                                      By:  ELISA MARTINEZ
                                                           Supervising U.S. Probation Officer

Prob 12B — page 2
Shirley Luz Guerrero

/ kam

PREPARED BY:

*Kelly A. Maciel*          *12/10/2021*
KELLY A. MACIEL            Date
U.S. Probation Technician

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☐ The Modification of Conditions as Noted Above

☐ No Action

☒ To dismiss without prejudice the violation petition filed on January 17, 2008, and rescind the warrant issued on January 22, 2008 (as recommended by the Probation Office).

_____
Signature of Judicial Officer

12/13/21
_____
Date